A CERTIFIED TRUE COPY

MAY 19 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

MAY 23 2006

BY_____
    DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1760

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 18, 2006, the Panel transferred 25 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, ___F.Supp.2d___ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 19 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**SCHEDULE CTO-1 - TAG-ALONG ACTIONS**
**DOCKET NO. 1760**
**IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION | MDTN Case No. |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3 06-96 | J. Hunter Chiles, III v. Novartis Pharmaceuticals Corp. | 3:06-cv-0493 |
| **FLORIDA NORTHERN** | | |
| FLN 1 06-12 | Pamela Krause, et al v. Novartis Pharmaceuticals Corp. | 3:06-cv-0494 |
| **KENTUCKY WESTERN** | | |
| KYW 1 06-35 | Pamela Kyle v. Novartis Pharmaceuticals Corp | 3:06-cv-0495 |
| **MISSOURI WESTERN** | | |
| MOW 2 06-4049 | Ruth Baldwin v. Novartis Pharmaceuticals Corp. | 3:06-cv-0496 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1 06-149 | Rita Fussman, et al. v. Novartis Pharmaceuticals Corp. | 3:06-cv-0497 |
| **NEW JERSEY** | | |
| NJ 2 05-5429 | Bernice Frick v. Novartis Pharmaceuticals Corp. | 3:06-cv-0498 |
| **NEW YORK EASTERN** | | |
| NYE 1 06-550 | DiAnn Romero v. Novartis Pharmaceuticals Corp | 3:06-cv-0499 |
| NYE 1 06-554 | Sharon Hillcoat v. Novartis Pharmaceuticals Corp. | 3:06-cv-0500 |
| NYE 1 06-556 | Linda Herring v. Novartis Pharmaceuticals Corp. | 3:06-cv-0501 |
| NYE 1 06-1084 | Gaylah Balter v. Novartis Pharmaceuticals Corp | 3:06-cv-0502 |
| NYE 1 06-1086 | Marcus B. Marsh v. Novartis Pharmaceuticals Corp. | 3:06-cv-0503 |
| NYE 1 06-1087 | Beverly Joslin v. Novartis Pharmaceuticals Corp. | 3:06-cv-0504 |
| NYE 1 06-1089 | Beulah Conklin v. Novartis Pharmaceuticals Corp | 3:06-cv-0505 |
| NYE 1 06-1091 | Sarah Cole v. Novartis Pharmaceuticals Corp. | 3:06-cv-0506 |
| NYE 1 06-1092 | Kathryn A. Beard v. Novartis Pharmaceuticals Corp. | 3:06-cv-0507 |
| NYE 1 06-1643 | Dixie M. Stoller v. Norvartis Pharmaceuticals Corp. | 3:06-cv-0508 |
| NYE 1 06-1644 | Kyle E. Broyles v. Novartis Pharmaceuticals Corp. | 3:06-cv-0509 |
| NYE 2 06-431 | Barbara Davids, et al. v. Novartis Pharmaceuticals Corp. | 3:06-cv-0510 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-977 | Scott R. Brown v. Novartis Pharmaceuticals Corp. | 3:06-cv-0511 |
| NYS 1 06-978 | Susan Schirripa v. Novartis Pharmaceuticals Corp | 3:06-cv-0512 |
| NYS 1 06-1285 | Sandra Mendelsohn v. Novartis Pharmaceuticals Corp. | 3:06-cv-0513 |
| NYS 1 06-1287 | Gerald L. McIntosh v. Novartis Pharmaceuticals Corp. | 3:06-cv-0514 |
| NYS 1 06-1288 | Ellen Nagle v. Novartis Pharmaceuticals Corp | 3:06-cv-0515 |
| NYS 1 06-1289 | Carol King v. Novartis Pharmaceuticals Corp. | 3:06-cv-0516 |
| NYS 1 06-1902 | Lonnie G. Tackett v. Novartis Pharmaceuticals Corp. | 3:06-cv-0517 |
| NYS 1 06-1903 | Jacquelyn Prose v. Novartis Pharmaceuticals Corp | 3:06-cv-0518 |
| NYS 1 06-1904 | Yvonne Czernowski v. Novartis Pharmaceuticals Corp | 3:06-cv-0519 |
| NYS 1 06-1905 | William C. Carden v. Novartis Pharmaceuticals Corp. | 3:06-cv-0520 |
| NYS 1 06-1906 | John E. Brodie v. Novartis Pharmaceuticals Corp. | 3:06-cv-0521 |
| NYS 1 06-1907 | Georgiann Wilson, et al. v. Novartis Pharmaceuticals Corp. | 3:06-cv-0522 |
| NYS 1 06-2271 | Janet G. Tucker v. Novartis Pharmaceuticals Corp. | 3:06-cv-0523 |
| NYS 1 06-2272 | Michael Smith v. Novartis Pharmaceuticals Corp. | 3:06-cv-0524 |
| NYS 1 06-2273 | Suzanne Brown v. Novartis Pharmaceuticals Corp. | 3:06-cv-0525 |
| **OHIO NORTHERN** | | |
| OHN 5 06-419 | Joseph Deltour v. Novartis Pharmaceuticals Corp. | 3:06-cv-0526 |
| **TEXAS WESTERN** | | |
| TXW 3 06-63 | Thomas W. McKay v. Novartis Pharmaceuticals Corp. | 3:06-cv-0527 |