## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

J. HUNTER CHILES, III, and
DIANNA CHILES,

             Plaintiffs,

    v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

             Defendant.

No. 3:06-cv-0096-HLA-JBT

DISTRICT JUDGE ADAMS

MAGISTRATE JUDGE TOOMEY

## NOTICE OF FILING SUPPLEMENTAL JURY INSTRUCTIONS

Pursuant to the Court's Order dated February 25, 2013 (Docket No. 215), Plaintiffs submit a complete copy of the final jury instructions in *Davids v. Novartis Pharms. Corp.*, No. 2:06-cv-0431 (E.D.N.Y.).  To date the *Davids* case is the only Zometa®/Aredia® trial to utilize and instruct the jury on New Jersey's punitive damages law.  The Court in *Davids* did not provide its final instructions to the parties in written form.   Therefore, the full transcript of Judge Spatt's jury charge is attached as **Exhibit 1**.  However, in that case the underlying law was that of New York.  The punitive damages instruction, under New Jersey law, is found at Tr. 2979, ln. 3 to Tr. 2984, ln. 7 of Exhibit 1.

Dated:  February 25, 2013

Respectfully submitted,

/s/ John J. Vecchione_____
John J. Vecchione, Esq. (admitted *pro hac vice*)
Valad & Vecchione, PLLC
3863 Plaza Drive
Fairfax, VA 22030
Telephone: (703) 352-4800

Facsimile:  (703) 352-4820
jvecchione@valadlaw.com

-with-

Carroll Cayer, Esq.
12651 Sawpit Road
Jacksonville, FL 32226
Telephone: (904) 400-10005

John J. Beins, Esq.
Beins, Goldberg & Hennessey LLP
2 Wisconsin Circle
Chevy Chase, MD 20815
Telephone: (240) 235-5040

*Attorneys for the Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was furnished by operation

of the Court's Electronic Case Filing System on counsel of record in case number 3:06-cv-0096,

on this 25th day of February, 2013.


<u>/s/ John J. Vecchione        </u>
John J. Vecchione, Esq.