UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
FEB 27 2013
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

J. HUNTER CHILES, III and
DIANNA CHILES,

    Plaintiffs,

v.                         Case No.: **3:06-cv-0096-HLA-JBT**

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

## VERDICT FORM

*Plaintiffs' Negligent Failure to Warn Claim*

ISSUE 1: Did Novartis Pharmaceuticals Corporation negligently fail to provide an adequate warning with respect to Zometa®?

Yes_____      No __X__

If you answered "Yes" to Issue 1, proceed to Issue 2, if you answered "No" to Issue 1, proceed to Issue 3.

ISSUE 2: Was the failure to give an adequate warning a legal cause of Mr. Chiles' injuries?

Yes_____      No _____

Please proceed to Issue 3.

*Plaintiffs' Strict Liability - Failure to Warn Claim*

ISSUE 3:   Was Zometa® defective in that it was marketed with no or inadequate warning?

Yes____X____        No _____

If you answered "Yes" to Issue 3, proceed to Issue 4.  If you answered "No" to Issue 1 and 3,  you do not need to answer any more questions. Please sign and date this form.

ISSUE 4:   Was the defective product (defective because of no or inadequate warning) a legal cause of Mr. Chiles' injuries?

Yes____X____        No _____

If you answered "Yes" to either Issue 2 or 4, please proceed to Issue 5.  If you answered "No" to Issue 2 and 4,  you do not need to answer any more questions.  Please sign and date this form.

ISSUE 5:   What amount, if any, do you award to fully, justly and fairly compensate Mr. Chiles for all of his losses resulting from Defendant's conduct?

Amount __200,000__

If you make an award of compensatory damages in response to Issue 5 above, please proceed to Issue 6.

ISSUE 6:   Did Novartis Pharmaceuticals Corporation proximately cause Mrs. Chiles to lose the consortium of her spouse?

2

Yes __X__          No _____

If you answered "Yes" to Issue 6, please proceed to Issue 7. If you answered "No" to Issue 6, Please proceed to Issue 8.

ISSUE 7: What amount, if any, is Mrs. Chiles entitled to recover her loss of consortium?

Amount __50,000__

ISSUE 8: Did Novartis knowingly withhold or misrepresent information and warnings required to be submitted under the Food and Drug Administration's regulations, as to the relationship between Zometa® and osteonecrosis of the jaw, which information and warnings were material and relevant to Mr. Chiles' injuries?

Yes __X__          No _____

If you answered "Yes" to Issue 8, proceed to Issue 9. If you answered "No" to Issue 8, you do not need to answer any more questions. Please sign and date this form.

ISSUE 9: Did Plaintiffs prove that the injury, loss or harm suffered by Mr. Chiles was the result of Novartis' acts or omissions with regard to inadequate warnings and that the conduct of Novartis was in wanton and willful disregard of Mr. Chiles' rights?

Yes _____          No __X__

If you answered "Yes" to Issues 8 and 9, please proceed to Issue 10. If you answered "No" to either Issue 8 or 9, you do not need to answer any

3

more questions.  Please sign and date this form.

ISSUE 10: What amount, if any, do you award in Punitive Damages to punish Novartis' conduct and to deter it from similar wrongful conduct in the future?

Amount _____

Date: 3/27/13

_____
Jury Foreperson