UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

J. HUNTER CHILES, III, et al.,

        Plaintiffs,

vs.                      Case No.  3:06-cv-96-J-25JBT

NOVARTIS PHARMACEUTICALS
CORPORATION

        Defendant.
_____/

## **JUDGMENT IN A CIVIL CASE**

  X   **Jury Verdict**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

    Plaintiff, J. Hunter Chiles, III, shall recover from the Defendant, Novartis Pharmaceuticals Corporation, the amount of $200,000, on his strict liability claim.

    Plaintiff, Dianna Chiles, shall recover from Defendant, Novartis Pharmaceuticals Corporation, the amount of $50,000, on her loss of consortium claim.

                                              Sheryl L. Loesch
                                              Clerk

Date: March 1, 2013

                                              /s/ *Marsha Grant*
                                              By:    Deputy Clerk

Copies to Counsel