# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **J. HUNTER CHILES, III,** *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) **No. 3:06-cv-00096-HLA-JBT** |
| v. | ) **DISTRICT JUDGE ADAMS**<br>) **MAGISTRATE JUDGE TOOMEY** |
| **NOVARTIS PHARMACEUTICALS CORP.**, | ) |
| Defendant. | ) |

## NOVARTIS PHARMACEUTICALS CORPORATION'S NOTICE OF APPEAL

Notice is hereby given that defendant Novartis Pharmaceuticals Corporation ("Novartis") in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from [1] the final judgment entered in this action on the 1st day of March, 2013 (including without limitation all prior orders and rulings preceding the judgment, filed contemporaneously with the judgment, or otherwise in any way leading to the judgment); and [2] the order denying Novartis' Rule 50 Motion for Judgment Notwithstanding the Verdict or, in the Alternative, Rule 59 Motion For New Trial, entered in this action on the 7th day of May, 2013.

2

Dated: June 4, 2013                                          Respectfully submitted,

| | |
|---|---|
| Michael J. Thomas | /s/ Martin C. Calhoun |
| (mike@penningtonlaw.com) | Katharine R. Latimer (admitted *pro hac vice*) |
| Florida Bar No. 897760 | (klatimer@hollingsworthllp.com) |
|   PENNINGTON, MOORE, WILKINSON, | Donald W. Fowler (admitted *pro hac vice*) |
|   BELL & DUNBAR, P.A. | (dfowler@hollingsworthllp.com) |
| 215 South Monroe St., 2nd Floor | Martin C. Calhoun (admitted *pro hac vice*) |
| Tallahassee, FL 32301 | (mcalhoun@hollingsworthllp.com) |
| (850) 222-3533 |   HOLLINGSWORTH LLP |
| (850) 222-2126 (fax) |   1350 I Street, NW |
| |   Washington, D.C. 20005 |
| |   (202) 898-5800 |
| |   (202) 682-1639 (fax) |

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 4th day of June 2013 served a true and correct copy of the foregoing Novartis Pharmaceuticals Corporation's Notice of Appeal, by operation of the Court's Electronic Case Filing System, on the following:

| | |
|---|---|
| John J. Vecchione, Esq.<br>Valad & Vecchione, PLLC<br>3863 Plaza Drive, Suite 200<br>Fairfax, VA  22030<br>(703) 352-4800<br><br>Carroll Cayer, Esq.<br>Myers Carroll Cayer<br>12651 Sawpit Rd.<br>Jacksonville, FL  32226<br>(904) 400-1005 | Ramon A. Rasco, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL  33130<br>(305) 358-2800<br><br>John J. Beins, Esq.<br>Beins, Goldberg & Hennessey LLP<br>2 Wisconsin Circle, Suite 700<br>Chevy Chase, MD  20815<br>(240) 235-5040 |

/s/ Martin C. Calhoun
Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Donald W. Fowler (admitted *pro hac vice*)
(dfowler@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
  HOLLINGSWORTH LLP
  1350 I Street, NW
  Washington, D.C. 20005
  (202) 898-5800
  (202) 682-1639 (fax)

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*