IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| J. HUNTER CHILES, III, and DIANNA CHILES,<br><br>   Plaintiffs,<br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>   Defendant. | No. 3:06-cv-00096-HLA-JBT<br><br>DISTRICT JUDGE ADAMS<br><br>MAGISTRATE JUDGE TOOMEY |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that J. Hunter Chiles, III, and Dianna Chiles, Plaintiffs in the above-named case hereby cross-appeal to the United States Court of Appeals for the Eleventh Circuit from: the Order of the Court granting Defendant's motion to apply New Jersey law to Plaintiffs' punitive damages demand dated February 7, 2013 (Docket No. 190); the Jury Verdict failing to award punitive damages dated February 27, 2013 (Docket No. 230); and the Judgment in a Civil Case failing to award punitive damages dated March 1, 2013 (Docket No. 231).

Dated:  June 17, 2013                     Respectfully submitted,

                                          /s/John J. Vecchione
                                          John J. Vecchione, Esq. (admitted *pro hac vice*)
                                          John J. Vecchione Law, PLLC
                                          3863 Plaza Drive
                                          Fairfax, VA 22030
                                          Telephone: (703) 352-4800
                                          Facsimile: (703) 352-4820
                                          jvecchione@valadlaw.com

-with-

John J. Beins, Esq. (admitted *pro hac vice*)
Beins, Goldberg & Hennessey LLP
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815
Telephone: (240) 235-5040
Facsimile: (240) 235-5038
jbeins@bghllp.com

-and-

Carroll Cayer, Esq.
Myers Carroll Cayer
12651 Sawpit Road
Jacksonville, FL 32226
Telephone: (904) 400-10005

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I herby certify that a true and correct copy of the foregoing was furnished by operation of the Court's Electronic Case Filing System on counsel of record in case number 3:06-cv-00096-HLA-JBT, on this 17th day of June, 2013.

/s/John J. Vecchione
John J. Vecchione, Esq.